# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:19 mc 90

IN RE: **OFFICIAL COURT CLOSING**

FILED
CHARLOTTE, NC
JUN 28 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

## ORDER

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on both Thursday July 4, 2019, and Friday, July 5, 2019, in observance of the July Fourth holiday.

**IT IS, THEREFORE, ORDERED** on behalf of the court this 27th day of June, 2019.

Frank D. Whitney, Chief
U.S. District Court Judge